AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| AR DESIGN INNOVATIONS LLC,<br><br>*Plaintiff(s)*<br>v.<br>VISUAL COMFORT OF AMERICA LLC d/b/a<br>VISUAL COMFORT & CO.,<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-24620   RUIZ |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Visual Comfort Of America LLC d/b/a Visual Comfort & Co.
c/o Registered Agent for Service
22400 North West Lake Dr.
Houston, Texas 77095-5204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kristin M. Whidby
ROZIER HARDT MCDONOUGH, PLLC
1500 K Street 2nd Floor
Washington, District of Columbia 20005
Telephone: (202) 217-0575
Email: kristin@rhmtrial.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 25, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts